# IN THE SUPREME COURT OF PENNSYLVANIA

|                                    |   |                                |
|------------------------------------|---|--------------------------------|
| IN RE:                             | : | No. 661                        |
|                                    | : |                                |
|                                    | : | CIVIL PROCEDURAL RULES DOCKET  |
| APPOINTMENT TO THE CIVIL           | : |                                |
| PROCEDURAL RULES COMMITTEE         | : |                                |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of May, 2017, Patrick J. Doyle, Jr., Esquire, Luzerne County, is hereby appointed as a member of the Civil Procedural Rules Committee for a term of three years, commencing July 1, 2017.